UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/06/2022
```

LORENZO ALVAREZ GONZALEZ, JAVIER DIAZ PLAZA, and ERICK ALVAREZ, *each individually and on behalf of all others similarly situated*,

                Plaintiffs,

v.

RAGUBPY CORP., *d/b/a Supper Restaurant*, FRANK PRISINZANO, and ANIS OUSLATI,

                Defendants.

No. 22-CV-3607 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    It has been reported to the Court that mediation in this case was held and agreement was reached on all issues in this Fair Labor Standards Act ("FLSA") case. No later than October 6, 2022, the parties shall take one of the following actions:

1. Consent to conducting all further proceedings before Magistrate Judge Lehrburger by completing the attached consent form, which is also available at http://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. As the form indicates, no adverse substantive consequences will arise if the parties choose not to proceed before Judge Lehrburger.

2. Submit a joint letter setting forth their views as to why their settlement is fair and reasonable and should be approved, accompanied by all necessary supporting materials, including contemporaneous billing records for the attorney's fees and

costs provided for in the settlement agreement. In light of the presumption of public access attaching to "judicial documents," *see Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006), the parties are advised that materials on which the Court relies in making its fairness determination will be placed on the public docket, *see Wolinsky v. Scholastic Inc.*, No. 11-CV-5917 (JMF), 2012 WL 2700381, at *3–7 (S.D.N.Y. July 5, 2012).

The parties are advised, however, that the Court will not approve of settlement agreements in which:

(a) Plaintiffs "waive practically any possible claim against the defendants, including unknown claims and claims that have no relationship whatsoever to wage-and-hour issues," *Gurung v. White Way Threading LLC*, 226 F. Supp. 3d 226, 228 (S.D.N.Y. 2016) (internal quotation marks omitted); and

(b) Plaintiffs are "bar[red] from making any negative statement about the defendants," unless the settlement agreement "include[s] a carve-out for truthful statements about [P]laintiffs' experience litigating their case," *Lazaro-Garcia v. Sengupta Food Servs.*, No. 15 Civ. 4259 (RA), 2015 WL 9162701, at *3 (S.D.N.Y. Dec. 15, 2015) (internal quotation marks omitted).

SO ORDERED.

Dated:   September 6, 2022
         New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge