UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LORENZO ALVAREZ GONZALEZ, JAVIER DIAZ PLAZA, AND ERICK ALVAREZ individually and on behalf of others similarly situated,

*Plaintiffs,*

v.

RAGUBOY CORP. d/b/a SUPPER RESTAURANT, FRANK PRISINZANO, AND ANIS OUESLATI, as individuals,

*Defendants.*

**STIPULATION OF DISMISSAL WITH PREJUDICE**

22-CV-3607 (RA)

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties, through their respective counsel, that the above action be and is hereby dismissed with prejudice, without costs to either party.

The Court shall retain jurisdiction over the settlement for the purposes of the enforcement of the provisions thereof.

Helen F. Dalton & Associates, P.C.
*Plaintiffs' Counsel*:

*James O'Donnell*
James O'Donnell, Esq.
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415
Ph#: (718) 263-9591

Dated: 2/6/23

Davis & Gilbert LLP
*Defendants' Counsel*:

Gregg Brochin, Esq.
1675 Broadway
New York, NY 10019
Ph#: (212) 468-4950

Date: 2/6/23

SO-ORDERED:

United States District Judge Ronnie Abrams
February 7, 2023